### STATE v. WILEY.

Court of Quarter Sessions. New Castle. December, 1794.

*Bayard's Notebook, 86.*

The Court held that notice should have been given of the nuisance or the defendant's knowledge of it proved, without which she could not be convicted.

The jury accordingly gave a verdict for defendant.

*Vandyke* for State. *Read* and *Bayard* for defendant.